No. 1076. MONTJOY *v.* KENTUCKY.

Decided June 1, 1936. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of properly presented substantial federal questions. (1) *Smith* v. *Mississippi,* 162 U. S. 592, 600–601; *Tarrance* v. *Florida,* 188 U. S. 519, 520–522; *Brownfield* v. *South Carolina,* 189 U. S. 426; *Martin* v. *Texas,* 200 U. S. 316, 318–320; (2) *New York* v. *Kleinert,* 268 U. S. 646, 650; *Whitney* v. *California,* 274 U. S. 357, 362; *Home Cab Co.* v. *Wichita,* 295 U. S. 716. The mandate is ordered to issue forthwith. *Mr. Alfred Bettman* for appellant. No appearance for appellee.

No. 202. STONE ET AL. *v.* WHITE, FORMER COLLECTOR OF INTERNAL REVENUE.

June 1, 1936. The motion to extend the time for filing petition for rehearing until November 2, 1936, is granted. The motion to stay entry of judgment by the District Court is denied.

No. 686. MORGAN ET AL. *v.* UNITED STATES ET AL.

June 1, 1936. The motion to substitute New Amsterdam Casualty Co. as a party appellant in the place and stead of Harry J. Kennaley is granted.